```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL   :
NO. 9 PAINTING INDUSTRY INSURANCE  :
FUND AND TRUSTEES OF THE DISTRICT  :
COUNCIL NO. 9 PAINTING INDUSTRY    :      21 Civ. 5632 (VM)
ANNUITY FUND AND DISTRICT COUNCIL  :
NO. 9 INTERNATIONAL UNION OF PAIN, :      **ORDER**
                                   :
              Petitioner,          :
                                   :
      - against -                  :
                                   :
DRYWALL & ACOUSTICS OF N.E. INC.,  :
                                   :
              Respondent.          :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

        This action was commenced on June 29, 2021. (Dkt. No.
1.) At that time, Petitioner filed a petition to confirm
arbitration award, along with certain additional materials in
support thereof. (See Dkt. No. 2.) An affidavit of service
was filed on July 6, 2021. (Dkt. No. 7.) The public file
contains no further entries, and no other communication with
the Court has been received. Accordingly, it is hereby

        **ORDERED** that Petitioner is directed to inform the Court
within five (5) days of the date of this Order concerning the
status of this litigation and whether the motion to confirm
the arbitration award will be opposed.

**SO ORDERED.**

Dated:   New York, New York
         10 August 2021

                                        _____
                                        Victor Marrero
                                        U.S.D.J.