**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF TRUSTEES OF THE
DISTRICT COUNCIL NO. 9 PAINTING:
INDUSTRY INSURANCE FUND AND:
TRUSTEES OF THE DISTRICT COUNCIL               21 **CIVIL** 5632 (VM)
NO. 9 PAINTING INDUSTRY ANNUITY
FUND AND DISTRICT COUNCIL NO. 9                **JUDGMENT**
INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, A.F.L.-C.I.O.

                           Petitioners,

        -against-

DRYWALL & ACOUSTICS OF N.E. INC.,

                           Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 16, 2021, that the Petition Dkt. No. 1) to confirm an arbitration award of Petitioners Trustees of the District Council No. 9 Painting Industry Insurance Fund and Trustees of the District Council No. 9 Painting Industry Annuity Fund and District Council No. 9 International Union of Painters and Allied Trades, A.F.L.-C.I.O. is **GRANTED** in the amount of $7,760.02 with post-judgment interest.

**Dated**: New York, New York
       August 16, 2021

                                               **RUBY J. KRAJICK**
                                                Clerk of Court
                        **BY:**
                                                Deputy Clerk