UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO.9 )
PAINTING INDUSTRY INSURANCE FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
DISTRICT COUNCIL NO. 9 INTERNATIONAL )
UNION OF PAINTERS AND ALLIED TRADES, )
A.F.L.-C.I.O., )
 )
                              Petitioners, )
 )
        -against- )
 )
 )
Drywall & Acoustics of N.E. Inc. a/k/a Drywall )
& Acoustics of Northeast Inc., )
                              Respondent. )

Index No.: 21 –CIV-05632 (VM)

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2021

---

This action having been commenced on June 29, 2021 by the filing of the Petition, and a copy of the Summons and Petition having been served on the Respondent Drywall & Acoustics of N.E. Inc. a/k/a Drywall & Acoustics of Northeast Inc. on July 1, 2021 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on July 6, 2021 and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

**ORDERED, ADJUDGED AND DECREED**: that the Petitioners have judgment against Respondent in the liquidated amount of Three Thousand Two Hundred and Fifty Dollars ($3,250.00), which includes the following: attorney's fees in the sum of $2,700.00 and court costs and disbursements in the sum of $550.00.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Petitioners be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
December 7, 2021

So Ordered:

_____
Victor Marrero
U.S.D.J.